UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States Liability Insurance Company
a/s/o Psan Hui Kuan, d/b/a Hong Kong Garden,
    Plaintiff

v.

Case No. 10-cv-401-SM

All State Fire Equipment-Lakes Region, LLC,
Tri-State Fire Protection, LLC and
G&K Fire Services, Inc.,
    Defendants

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

February 15, 2012

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

cc:    William N. Clark, Jr., Esq.
       John P. Sherman, Esq.
       Mark A. Darling, Esq.
       Kelly Martin Malone, Esq.
       Andrew Ranks, Esq.
       Anthony M. Campo, Esq.