UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States Liability Insurance Company</u>
<u>a/s/o Psan Hui Kuan, d/b/a Hong Kong Garden,</u>
      Plaintiff

v.

                                                    Case No. 10-cv-401-SM

<u>All State Fire Equipment-Lakes Region, LLC,</u>
<u>Tri-State Fire Protection, LLC and</u>
<u>G&K Fire Services, Inc.,</u>
      Defendants


ORDER OF DISMISSAL


In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.


February 15, 2012

                                                `/s/ Steven J. McAuliffe`
                                                Steven J. McAuliffe
                                                United States District Judge


cc:    William N. Clark, Jr., Esq.
        John P. Sherman, Esq.
        Mark A. Darling, Esq.
        Kelly Martin Malone, Esq.
        Andrew Ranks, Esq.
        Anthony M. Campo, Esq.